♲AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

Willis Gibson

**JUDGMENT IN A CIVIL CASE**

V.

CSX Transportation, Inc.

Case Number: 1:07-cv-156

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That on March 25, 2009, the jury returned a verdict after trial and found no cause for action as to Plaintiff's Federal Locomotive Inspection Act claim and further

That the jury found no cause for action as to the Plaintiff's Federal Employers Liability Act claim, therefore

The complaint is hereby dismissed.

All of the above pursuant to a jury verdict rendered on March 25, 2009 before the Honorable Frederick J. Scullin, Jr.

April 10, 2009
Date

Lawrence K. Baerman
Clerk

*Barbara J. Woodford*
(By) Deputy Clerk